```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 23087
   ALFRED COLLINS
   NILA L COLLINS                            CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-0017     SSN XXX-XX-4424

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/10/2007 and was not confirmed.

     The case was dismissed without confirmation 03/03/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                               PAID         PAID
-------------------------------------------------------------------------------

ROUNDUP FUNDING LLC        UNSECURED             473.59          .00          .00
ASPIRE/CB&T                UNSECURED          NOT FILED          .00          .00
CB USA INC                 UNSECURED             100.94          .00          .00
CHASE                      UNSECURED          NOT FILED          .00          .00
LVNV FUNDING LLC           UNSECURED              31.37          .00          .00
GEMB/SAMS CLUB             UNSECURED          NOT FILED          .00          .00
HSBC NV                    UNSECURED          NOT FILED          .00          .00
ICS                        UNSECURED          NOT FILED          .00          .00
MUTUAL HOSPITAL            UNSECURED          NOT FILED          .00          .00
METRIS DIRECT MERCHANTS    UNSECURED          NOT FILED          .00          .00
ROGERS & HOLLAND           UNSECURED          NOT FILED          .00          .00
STERLING KING              UNSECURED          NOT FILED          .00          .00
THD/CBSD                   UNSECURED          NOT FILED          .00          .00
LVNV FUNDING LLC           UNSECURED            3635.91          .00          .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY       NOT FILED          .00          .00
NUVELL CREDIT CO LLC       SECURED VEHIC      20398.00          .00          .00
CITIFINANCIAL AUTO CREDI   SECURED VEHIC      38431.07          .00          .00
CITIFINANCIAL AUTO CREDI   UNSECURED         NOT FILED          .00          .00
NUVELL CREDIT CO LLC       UNSECURED         NOT FILED          .00          .00
AURORA LOAN SERVICES       CURRENT MORTG           .00          .00          .00
DAIMLER CHRYSLER FINANCI   SECURED VEHIC      10989.76          .00          .00
DAIMLER CHRYSLER FINANCI   UNSECURED           2684.60          .00          .00
FIRST FRANKLIN             CURRENT MORTG           .00          .00          .00
FIRST FRANKLIN             MORTGAGE ARRE      16000.00          .00          .00
WELLS FARGO MORTGAGE       CURRENT MORTG           .00          .00          .00
WELLS FARGO MORTGAGE       MORTGAGE ARRE      17048.61          .00          .00
CAVALRY PORTFOLIO SERVIC   UNSECURED           1804.90          .00          .00
ASSET ACCEPTANCE LLC       UNSECURED           2283.01          .00          .00
AURORA LOAN SERVICES       UNSECURED         NOT FILED          .00          .00
SELECT LEGAL PC            DEBTOR ATTY        2,000.00                       .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23087 ALFRED COLLINS & NILA L COLLINS
```

```
                              RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                              ---------------    ---------------
TOTALS                             .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
     Dated: 06/25/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```